**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7761**

———————————

In Re: DEREK MARQUIS FLEMING,

                                        Petitioner.


———————————

On Petition for Writ of Mandamus.  (CA-97-660-5)

———————————

Submitted:  December 20, 2001        Decided:  January 9, 2002

———————————

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Derek Marquis Fleming, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Derek Marquis Fleming petitions this court for a writ of mandamus to compel the district court to order a response to his motion filed under Fed. R. Civ. P. 60(b), or, in the alternative, to act on his motion, which he filed on April 18, 2001. Mandamus is a drastic remedy, only to be granted in extraordinary circumstances, In re Beard, 811 F.2d 818, 826 (4th Cir. 1987), and we find there has been no undue delay by the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny Fleming's petition for writ of mandamus without prejudice to his right to refile if the district court fails to act expeditiously on his Rule 60(b) motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2